In the United States District Court for the
Eastern District of Virginia
Richmond Division

**Anthony Diante Paschal**
1811 Freeman Street
Hopewell, Virginia 23860,

Plaintiff,

v.

Case No.: 3:22cv479

**Chris Van Hollen**

**Cindy Hyde-Smith**

**Christopher Coons**

**Richard Durbin**

**Joe Manchin**

**Jerry Moran**

**John Boozman**

**John Kennedy**

**Serve:**
Committee on Appropriations
Room S-128, The Capitol
Washington, D.C. 20510

**Serve:**
Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Defendants

## Complaint

### I. Defendants

1. All named Defendants are members of the Financial Services and General Government Subcommittee of the United States Senate Committee on Appropriations and are referred to herein as the "Financial Services and General Government Subcommittee".

### II. Facts

I, Anthony Diante Paschal ("ADP"), respectfully represent the following:



RECEIVED JUL 6 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

1. Based on my research, I am of the belief that there really is no "money" in the United States as it would appear that all of what is colloquially known as "money" is simply credit or securities.
2. Some of the information that I've run into in trying to ascertain what "money" is includes Section 411 of Title 12 of the United States Code ("USC") which essentially states that federal reserve notes, which I presume refers to legal tender, is borrowed on collateral and also uses the term "lawful money" without defining the term; information pertaining to the Federal Reserve Discount Window; the Federal Reserve Operating Circulars – all of them; 12 USC 1813(l) which contains a definition of the term "money or its equivalent" which is quite confusing; Section 8.1A-201(b)(24) of the Code of Virginia ("Code Section") which defines the term "money" as a medium of exchange and the Official Comment to that section which states that money is not limited to legal tender; and Code Section 6.2-200 which states, in part, that "The money of account of the Commonwealth shall be the dollar, cent, and mill".
3. My research on what "money" is, exactly, has led me to believe that money is basically just accounting entries that are transferred, transmitted, etc., by mediums of exchange which could be legal tender, bills of exchange, payment/transmittal orders, and a host of other mediums.
4. I assume that my commercial goodwill as an investor, which I also assume is a general intangible, may be accounted for.
5. Article 1, Section 9 of the U.S. Constitution states that "No money shall be drawn from the Treasury, but in consequence of Appropriations made by law."
6. Section 552a of Title 5 of the United States Code ("USC") states, in part, that "No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be - ......... to either House of Congress, or, to the extent of matter within its jurisdiction, any committee or subcommittee thereof, any joint committee of Congress or subcommittee of any such joint committee...."
7. 5 USC 552a defines the term "record" to mean "any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his education, financial transactions, medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular assigned to the individual, such as a finger or voice print or a photograph..."
8. 5 USC 552a does not include either house of Congress as an agency in its definition of the term "agency".
9. I have been assuming that the privacy policies, privacy notices, and the like, of financial institutions are basically restatements of regulations and statues that pertain to the privacy of consumer information such as, for example, the privacy regulations contained in Section 332.1 et seq., of Title 12 of the Code of Federal Regulations ("CFR") and Chapter 94 of Title 15 of the United States Code. Of particular importance is the evaluation of information by a financial institution in light of the consumer information privacy laws.
10. I have been trying to get financial institutions, mainly banks and credit unions and brokerages, to evaluate information that I have provided them in exchange for an accounting of the information to no avail.
11. After reading through numerous privacy policies, privacy notices, and the like and reading through the privacy regulations and statutes that pertain to financial institutions, I have been assuming that the Privacy Act contained in 5 USC 552a functions in the same manner as the aforementioned privacy policies, etc., especially in regards to the evaluation of information to obtain financial relief, services, and the like.
12. I continued doing my research I stumbled upon the term "Federal System of Records".
13. After that, I went online and looked into the Systems of Records for the Treasury of the United States of America and stumbled upon SORN Treasury .004 – Freedom of Information Act/Privacy Act Request Records – Treasury.
14. The portion of SORN Treasury .004 that is entitled "Routine uses of records maintained in the system, including categories of users and the purposes of such uses:" states, in part, "These records may be used to..... Provide information to a congressional office in response to an inquiry made at the request of the individual to whom the record pertains". Reading this has led me to believe that 5 USC 552a may be used to present a private or public bill to either House of the United States Congress.
15. The Senate Rules mention the term "private bill" in US Senate Rule XIV(9) and XIV(10) so, after reading the aforementioned rules and other information, I assumed that I might be able to slide a private bill into the US Senate.

16. I have attached a copy (see Exhibit A) of what I believe to be a security that I have drawn on the United States Treasury for the purpose of providing indemnity to the Financial Services and General Government Subcommittee.
17. The source of indemnification mentioned in the purported security is limited FDIC insurance.
18. There are two powers of attorney on the purported security – the power to provide information is what I believe to be an option on the security to accept or provide a qualified disclaimer as mentioned in 26 USC 2518; the other power is a power to realize on collateral similar to what is mentioned in 26 USC 1001.
19. The place of indemnification on the purported security would be my chime spending account ending.
20. Other information on the purported security leads me to believe that it is indeed a security.
21. It is looking like I am about to be evicted and will probably have to risk getting arrested in the State of Virginia since, apparently, utilizing my right adverse possession to acquire real property may be looked at as a crime.
22. In searching for some relief from my situation, I ran into Rule 65 of the Federal Rules of Civil Procedure ("FRCP") which provides for a temporary restraining order. Apparently, the only way to get a temporary restraining order is by having an attorney since FRCP Rule 65 states, in part, "The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if...... the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."

### III. Count One – 28 USC 1331 Federal Question;
### Defendant(s) – the Financial Services and General Government Subcommittee

1. I incorporate all of the statements contained in paragraphs 1-22 of Section II of this Complaint.
2. This Court has jurisdiction pursuant to 28 USC 1331 as I am challenging the constitutionality of 5 USC 552a.
3. This Court is the proper venue.
4. I believe that 5 USC 552a is unconstitutional on its face because it does not give proper notice as to whether or not its provisions may be used to have information evaluated by a House of Congress, a Standing Committee of either House of Congress, or a Subcommittee of any Standing Committee of either House of Congress.
5. I have been trying to get certain property accounted for to no avail, specifically commercial goodwill as general counsel and as an investor.

### IV. Count Two – 28 USC 1367 Supplemental Jurisdictional;
### Defendant(s) – the Financial Services and General Government Subcommittee

1. I incorporate all of the statements contained in paragraphs 1-22 of Section II of this Complaint.
2. This Court has jurisdiction pursuant to 28 USC 1331 as I am challenging the constitutionality of Rule 65 of the Federal Rules of Civil Procedure ("FRCP").
3. This Court is the proper venue.
4. FRCP Rule 65 is unconstitutional on its face and as applied because it would appear to deny a "pro se" plaintiff access to a temporary restraining order.
5. I believe that this denial is a violation of the 13th and 14th Amendments to the United States Constitution as it essentially ensuring that I am subject to the whims of government officials and employees while I am exercising my rights.

### V. Count Three – 28 USC 1367 Supplemental Jurisdictional;
### Defendant(s) – the Financial Services and General Government Subcommittee

1. I incorporate all of the statements contained in paragraphs 1-22 of Section II of this Complaint.
2. This Court has jurisdiction pursuant to 28 USC Rule 65 as I need an injunction that requires $250,000.00 to be deposited in my Chime Spending Account.
3. This Court is the proper venue.
4. I need an injunction – an immediate injunction – as I am about to be homeless and I really don't feel like committing crimes when there is a perfectly good way to prevent that. I don't know what else to say.

### VI. Relief Sought

1. I am requesting a preliminary and permanent injunction as mentioned above. I am requesting that I receive $250,000.00 in my Chime Deposit account as mentioned in Exhibit A so that I can actually afford to prosecute this claim without having to be homeless and actually eat.
2. I am requesting that the Financial Services and General Government Subcommittee hook me up with a private bill.
3. I am requesting any additional relief this Court may provide.

**Signature**

Anthony Diante Paschal
1811 Freeman Street
Hopewell, Virginia 23860
Phone: 804.835.4629
Email: odanobunaga232@gmail.com

Copyright, 2022, Anthony Diante Paschal. All rights reserved.

### Pro Se Certification

I declare under penalty of perjury that:
1. No attorney has prepared or assisted in the preparation of this document.

Anthony Diante Paschal

Executed on: 6 July 2022