IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY DIANTE PASCHAL,

    **Plaintiff,**

v.                                                       Civil Action No. 3:22cv479

CHRIS VAN HOLLEN, *et al.*,

    **Defendants.**

## MEMORANDUM OPINION

Paschal, appearing *pro se*, initiated this action on November 10, 2022, by filing an application to proceed *in forma pauperis* ("IFP Application"), along with a proposed Complaint. (ECF Nos. 1, 1-1.) On November 7, 2022, the Court granted Paschal's IFP Application, and directed the Clerk to file Paschal's Complaint. (ECF No. 5.) On January 17, 2023, Defendants filed a Motion to Dismiss and provided *pro se* Paschal with a proper *Roseboro* Notice pursuant to Rule 7(K) of the Local Civil Rules of the United States District Court for the Eastern District of Virginia. (ECF Nos. 12, 14; *see* E.D. Va. Loc. Civ. R. 7(K).)

By Memorandum Order entered on May 11, 2023, the Court granted the Motion to Dismiss and dismissed Paschal's Complaint without prejudice. (ECF No. 17, at 11.) The Court granted Paschal leave to file an Amended Complaint and directed it to be filed within twenty-one (21) days of the date of entry thereof. (ECF No. 17, at 11-12.) The Court advised Paschal that the failure to comply with the above directive would result in the dismissal of the action with prejudice. (ECF No. 17, at 12.)

More than twenty-one (21) days have elapsed since the entry of the May 11, 2023 Memorandum Order and Paschal has not filed an Amended Complaint. Accordingly, the action will be DISMISSED WITH PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 7-6-2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge